# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

133323 & (17)(18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ADRON LITTLEMANE FLOYD,
        Defendant-Appellant.

SC: 133323
COA: 274642
Emmet CC: 06-002585-FH

_____/

      On order of the Court, the application for leave to appeal the January 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand and to add an issue are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

p0917